IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-257-1BO

UNITED STATES OF AMERICA :
: **JUDGMENT**
v. :
:
MARIO EASEVOLI :

Pursuant to the Preliminary Order of Forfeiture entered by the Court on May 21, 2010, judgment is hereby entered against defendant, MARIO EASEVOLI, in the amount of $7,500,000. Post-judgment interest shall accrue at the rate of .35%.

This 26th day of May, 2010.

*[signature]*
DENNIS P. IAVARONE
Clerk
U. S. District Court