IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-257-1BO
NO. 5:09-CR-257-2BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MARIO EASEVOLI | ) |
| JENNIFER EASEVOLI | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 24, 2010 and June 14, 2010, this Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C)(as made applicable by 28 U.S.C. § 2461(c)) and 18 U.S.C. § 982(a)(1), based upon the defendants pleading guilty as follows:

**Defendant, Mario Easevoli** entered into a Plea Agreement as to Counts One (1) and Nine (9) of the Criminal Indictment, specifically, 18 U.S.C. § 1349 and 18 U.S.C. § 1956(h), and agreeing to the forfeiture of certain property belonging to him, specifically that listed herein as forfeited property.

**Defendant, Jennifer Easevoli** entered into a Plea Agreement as to Count Nine (9) of the Criminal Indictment, specifically, 18 U.S.C. § 1956(h).

AND WHEREAS, Jennifer Easevoli also entered into a Consent to Forfeiture on May 25, 2010 agreeing to the forfeiture of

certain property belonging to her, specifically listed herein as forfeited property.

**FORFEITED PROPERTY:**

REAL PROPERTY - All those lots or parcels of land, together with their buildings, improvements, fixtures, attachments, and easements, having the street addresses as listed and being more particularly described below as:

A. 8453 Central Drive, Raleigh, NC, and described in a deed Recorded in Book 11026, Pages 373 - 375 of the Wake County Register of Deeds.

B. 155 Kitty Hawk Drive, Morrisville, NC 27560, and described in a deed Recorded in Book 11026, Pages 370 - 372 of the Wake County Register of Deeds.

PERSONAL PROPERTY

Per settlement date 03/29/07, funds in the amount of $160,877.48 representing the net sales proceeds re: 8525 Wapello Lane, Raleigh, NC 27613; described in a deed Recorded in Book 11026 pages 367 - 369.

CURRENCY

The forfeitable property includes the gross proceeds of the defendant's illegal acts, in an amount of at least $7,500,000.

SUBSTITUTE ASSETS

A) Miscellaneous Jewelry belonging to Jennifer Easevoli.

2

B) Proceeds from the sale of a 2007 Lexus LS 460, VIN: JTHGL46F175002957;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between June 30, 2010 and July 29, 2010, and between September 23, 2010 and October 25, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notices advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication dates for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, as to the subject real property located at 155 Kitty Hawk Drive, Morrisville, NC, the United States has recognized the Petition of Interest filed by Solara Solutions, LLC on July 27, 2010 with this Court. In addition, the United States has recognized the Deed of Trust recorded in the Wake County Public Registry at Book 10983, Page 970, Raleigh, North Carolina, Assignment of Leases and Rents, and fixture filing held by Bayview Loan Servicing, LLC;

AND WHEREAS, it appears from the record that no other petitions, contested or otherwise, have been filed for the property described in this Court's May 24, 2010 and June 14, 2010

3

Preliminary Orders of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That all right, title, and interest in the property listed in the May 24, 2010 and June 14, 2010 Preliminary Orders of Forfeiture is hereby forfeited to the United States, the real property located at 155 Kitty Hawk Drive, Morrisville, NC subject only to those interests set forth herein, and the United States Department of Justice is directed to dispose of the property according to law and with due regard for the pre-existing interests recognized by this Order.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this ___9___ of day __February__, 2011.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE